IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| | ) Civil No. 08-1115-PK |
| Plaintiff(s), | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| CONSOLIDATED METCO INC., | ) |
| | ) |
| Defendant(s). | ) |

Based on Plaintiff's Amended Notice of Dismissal, filed 3/15/10,

IT IS ORDERED that this action is DISMISSED with prejudice and without an award of costs or attorney fees. Any pending motions are DENIED AS MOOT.

Dated this _16_ day of March, 2010.

by _/s/ Malcolm F. Marsh_
Malcolm F. Marsh
United States District Judge